# INDEX OF EXHIBITS

A    Portions of transcript to deposition of Michael Dickerson

B    "Defenders: Are Towing Companies Too Quick On the Draw?," ClickonDetroit.com, November 11, 2015

C    "Is a Local Towing Company Protecting Customer Parking Spots or Preying on People for Profit?," WXYZ.com, January 31, 2013

D    Website from Lawyers and Settlements entitled "Lawsuit: Illegal Towing Class Action" describing improper conduct by towing companies in other parts of the country.

E    Police reports noting allegations made by Michael Forsythe, Godrey Iman Ojemudia and Andrew Davis accusing Breakthrough and Michael Dickerson of improperly towing vehicles

F    Complaints filed in 36th District Court against Breakthrough and/or Michael Dickerson by Tanja Harden, Kevin Peterson and Harrieta O'Neal

G    MCL 257.252a

H    Detroit Police Department "Standard Operating Procedures for Private Impounds"

I    Summary of Scott Hall statements made to Investigator Lisonya Sloan

J    Detroit Police Department reports regarding incidents taking place on December 26-27, 2014

K    Portions of transcript to deposition of Scott Hall

L    Wayne State University Police Report 1411169801.1 regarding "Fatburgers"/"Starters" incident

M Documents showing return of tow truck to Breakthrough Towing on January 5, 2015

N Selected portions of DPD Office of Chief Investigator memoranda regarding Michael Dickerson citizen complaint.

O Transcript to Michael Dickerson deposition, page 3, confirming claims against City defendants do not include those relating to November 16, 2014 incidents

P *Rankin v City of Highland Park*, No. 318385, 2015 WL 773734 (Mich Ct App February 24, 2015), app den 498 Mich 920; 871 NW2d 173 (2015)

Q *Corey v Wayne Co*, No. 325465, 2016 WL 1039955 (Mich Ct App March 15, 2016)

R *Wray v City of Lansing*, No. 272868, 2007 WL 778563 (Mich Ct App March 15, 2007)

S Larsen v Ingham County Road Commission, 2004 WL 302319, No. 245717 (Mich Ct App Feb. 17, 2004) (common law conversion)