

# DETROIT POLICE DEPARTMENT

## STANDARD OPERATING PROCEDURES

### FOR

# PRIVATE IMPOUNDS

# TABLE OF CONTENTS

**INTRODUCTION**……………………………………..……………….3

**DPD RESPONSIBILITIES**………………………………….………4

**PRIVATE TOWER'S RESPONSIBILITIES**……………………………5

**REDEMPTION OF PRIVATE PROPERTY IMPOUND BY A CITIZEN**………..7

**LEIN SYSTEM DOWN**…………………………………………..……8

**LEIN ENTRANCE**………………………………………………….…8

**PRIVATE PROPERTY IMPOUNDMENT PROCESS**…………..……….……9

- 3 -

# INTRODUCTION

The purpose of the SOP is to offer a standard set of procedures to all Districts that process private property impounds. The implementation of these procedures will ensure that private property impounds are processed timely and accurately.

The following information is compiled to provide all District Law Enforcement LEIN Operators with a list of Standard Operating Procedures (SOP), regarding private property impoundment of vehicles towed within the city of Detroit. These procedures and guidelines shall provide efficient and accurate instructions to desk supervisors, LEIN Operators and private property towers.

The Detroit Police Department mandates the following procedures to be followed by all private property towers and Department personnel responsible for processing private property impounds.

# DPD RESPONSIBILITIES

Each District shall create a Private Property Impound ledger for **vehicles towed within their District** as private property impounds.  The business name, address, and a photocopy of each tower's Michigan Operator license must be legibly recorded in the private property impound ledger.

*Telephone requests from towers to obtain larceny checks, prior to towing vehicles are not authorized.  Vehicles having obvious signs of theft such as a broken steering column or ignition shall not be towed by a private property tower.  These vehicles must be recovered by the Detroit Police Department and conveyed to an authorized contracted tow facility.*

*Vehicles with no signs of theft and requested to be towed from private property, must be conveyed to the District within 4 hours of pick up and processed as a private property impound by the LEIN Operator.  The requestor's information must be on file for comparison and verification.*

Additionally, the tower *must* present their Michigan operator's license and tow slip to the LEIN operator.  Upon verification, the LEIN Operator is authorized to obtain a larceny check and verify to the requestor whether the vehicle is reported stolen.

# PRIVATE TOWERS RESPONSIBILITIES

Vehicles towed as a result of a private property impound must be conveyed to the District from which the vehicle was towed.  If the tower requests that the vehicle be processed as a private property impound, the tower shall wait at the District until the identity of the tower and the status of the vehicle is established by the District LEIN operator.  If a non stolen status is reported to the requestor by the LEIN operator, the tower may leave the impoundment information with the LEIN operator and transport the vehicle to a private facility.

All private property towers shall provide their Michigan operator's license to the District LEIN Operator.  The name and Michigan operator's license number of the individual tower shall be recorded in the Private Property Impound ledger, created by the District.  The listed information shall serve as reference for the District personnel ***to identify the tower in person,*** as an authorized person to request if a vehicle is stolen or impounded via the Crisnet or LEIN System.

All towers are advised to use care and caution before towing vehicles from private property.  It is recommended that all towers remain at the District ***only*** to confirm the status of the vehicle.  ***If a vehicle is inadvertently towed to a District and is in the LEIN or Crisnet System as stolen, it shall be that District's responsibility to immediately have the vehicle recovered.***  Non contracted towers shall surrender the vehicle to that District and forfeit all rights to the vehicle.  City of Detroit contracted tow companies shall retain the vehicle after it is recovered by District personnel and convey the vehicle to its tow facility.

***Upon entering the District*** to request a LEIN Operator to input private property impounds into the LEIN System, the tower shall present their Michigan operator's license along with a tow slip, order slip or a computer print out that must include a receipt number, to the LEIN Operator.  Additionally, ***the tow slip must include the authorized (legible) name of the person who requested the tow, the location from which the vehicle was towed, and any damage(s) to the vehicle.***  A telephone number and location where the vehicle will be stored must also be included.

The LEIN Operator shall verify the identity of the tower by accessing and comparing the information in the Private Property Impound ledger.  Once the identity of the tower has been established and verified as a ***registered*** tower, the LEIN Operator is authorized to begin the private property impoundment process.

The LEIN Operator shall query the vehicle identification number (VIN) via the ***CrisNet and LEIN System***, prior to entering the vehicle as a private property impound. This will verify if the vehicle is already in the systems for any reason. If the vehicle is not in either system as impounded or reported stolen, the LEIN Operator shall process the vehicle as a private property impound.  <u>The generation of a Crisnet Property Report is not necessary.</u>

## REDEMPTION OF A PRIVATE PROPERTY IMPOUND BY A CITIZEN:

It shall be the private property towers obligation to inform all vehicle owners who request the redemption of their vehicle, that the abandoned status must be removed from the LEIN System, by the District that originally processed it. Additionally, the tower must provide the citizen with a receipt, which includes the make, model, and Vehicle Identification Number of the vehicle and indicate ***Private Property Release.*** It shall be the vehicle owner's responsibility to convey the documentation to the entering District's LEIN Operator for removal. The LEIN Operator shall cancel the abandoned status of the vehicle by following the listed procedures.

1. Sign on into LEIN
2. Click 'forms' and scroll to vehicles
3. Click on 'Cancel Vehicle' ORI should read MI8234999
4. Click on line 46 tab and then click 'Abandoned Vehicle'
5. Enter Vehicle Identification Number (V.I.N.) in the box on line 32
6. Click 'transmit'. Provide the reference number to the citizen.

If the system is down or the information cannot be readily entered into the system, the operator shall notify the supervisor on the desk who shall follow the detailed guidelines in "LEIN System Down" on page 8 of this document.

## LEIN SYSTEM DOWN

If the LEIN System is down or if private property entries cannot be performed within the allotted time or during a shift, it shall be the *LEIN Operators responsibility* to notify the desk supervisor that the private property entries cannot be completed. It shall be *that supervisor's responsibility* to make a *blotter entry* indicating the reason for non entry and if not resolved before the end of the existing shift, the supervisor shall make a *Private Property Information Passed On* blotter entry. The relieving supervisor shall make a *Private Property Information Received* blotter entry and ensure the task is passed on to the oncoming LEIN Operator.

## LEIN ENTRANCE

All private property impounds *must* be entered into the LEIN System within four (4) hours of impoundment. This will reduce the number of vehicles erroneously reported as stolen. The LEIN Operator shall enter vehicles onto the Abandoned Vehicle Form using *ORI # 8234999* and input the following *District's OCA* number in the box where requested.

| DISTRICT | OCA |
|---|---|
| • Southwestern | 8234904 |
| • Northwestern | 8234906 |
| • Eastern District | 8234909 |
| • Northeastern | 8234911 |
| • Western | 8234912 |
| • Central | 8233913 |

# PRIVATE PROPERTY IMPOUNDMENT PROCESS

1. Sign on into LEIN
2. Click 'forms' and scroll to enter abandon vehicle
3. Click 'Enter Abandon Vehicle'
4. EVA/ ORI should read MI8234999
5. Enter the District OCA number in the OCA line
6. Enter *all* highlighted requested *line* information. **On line 41**, enter private property impound (PPI), location where the vehicle was towed to and telephone number of tow company
7. Enter address and city vehicle towed from
8. Enter Mi820365J on the *Court of Jurisdiction ORI* line
9. Enter telephone number of private tower (no dashes or spaces)
10. Transmit; a reference number will automatically be generated to confirm the vehicle has been properly entered.
11. Remind all private property towers that it is their responsibility to:

    - Instruct citizens to return to the entering District to remove the abandoned status of vehicles impounded from private property.

    - Provide citizens with proper documentation to be presented to the LEIN Operator for removal

    - Although it *is not required* that towers remain at the District during the *entire PPI process*, the reference number may be provided as a courtesy to confirm that the vehicle has been properly entered as a private property impound.

To discuss or resolve any matter pertaining to private property impoundment, supervisors shall contact Resource Management at 596-2084 or 596-2081, Monday through Friday, between the hours of 8:00 a.m. and 4:00 p.m.