# INDEX OF EXHIBITS

| No. | Description |
| --- | --- |
| 1 | Impound Registration slips, 12-26-14 |
| 2 | PPI Std. Operating Procedures |
| 3 | Witcher Garrity statement |
| 4 | Hall Deposition |
| 5 | Hall CRISNET report, 12-27-14 |
| 6 | Rodgers deposition |
| 7 | Loan Agreement |
| 8 | Return receipt, Jan. 5, 2015 |
| 9 | Stipulated Order of Partial Summary Judgment, Doc. #25 |